·479 P.2d 774

**Richard LUCERO, Petitioner,**

v.

**Felix RODRIGUEZ, Warden of the New Mexico State Penitentiary, Respondent.**

**No. 9024.**

Supreme Court of New Mexico.

Jan. 11, 1971.

Original Habeas Corpus Proceeding

Now, therefore, it is ordered that the writ of habeas corpus issued herein on March 19, 1970, be and the same is hereby quashed.

479 P.2d 774

**Mike WHITESIDES, Petitioner,**

v.

**J. V. GALLEGOS, District Judge, Tenth Judicial District, State of New Mexico, Respondent.**

**No. 9195.**

Supreme Court of New Mexico.

Jan. 11, 1971.

**ORDER**

It appears from the order of the trial court that the petitioner requested affirmative relief, postponement of arraignment, prior to filing his affidavit of disqualification of the resident judge.

The petition for writ of prohibition is denied.

479 P.2d 774

**TIMERON, North American Land Development, Inc., Robert H. Levenson, Johnny Mobley, Ray Brooks, and United States Leisure, Inc., Petitioners,**

v.

**The DISTRICT COURT OF LEA COUNTY, New Mexico, and Hon. Kermit E. Nash, Judge of the District Court of Lea County, New Mexico, Respondents.**

**No. 9202.**

Supreme Court of New Mexico.

Jan. 25, 1971.

Original Prohibition Proceedings

Ordered that petition for writ of prohibition be and the same is hereby denied.